IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN E. ALEXANDER,

    Plaintiff,

  v.

ANTHONY MELI and
KETIH IMMERFALL,

    Defendants.

Case No. 17-cv-585-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/22/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |